The **UNITED STEELWORKERS OF AMERICA AFL–CIO–CLC, et al., Appellees,**

v.

**Julie M. JOHNSON, etc., Appellant.**

**No. 85–5101–SD.**

United States Court of Appeals, Eighth Circuit.

Oct. 28, 1986.

Appellant's petition for rehearing en banc is granted. The Clerk is directed to schedule this appeal for argument on Monday, January 12, 1987, in St. Louis, Missouri.

**William R. CODY, etc., et al., Appellees,**

v.

**Carole HILLARD, etc., Appellants.**

**LaVerne KOENIG, etc., Appellant,**

**Carole HILLARD, etc., et al., Appellees.**

**Nos. 85–5270–SD, 85–5302–SD.**

United States Court of Appeals, Eighth Circuit.

Oct. 28, 1986.

### ORDER

Appellants/cross-appellees' petition for rehearing en banc is granted. The Clerk is directed to schedule these appeals for argument on Monday, January 12, 1987, in St. Louis, Missouri.